AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

**FILED**
**Jul 17, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

A WHITE JAYCO CAMPER TRAILER WITH OREGON LICENSE PLATE R854166

Case No. 2:26-sw-0637 SCR

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

located in the Eastern District of California, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1201(a)(5) | Kidnapping of a Federal Employee |

The application is based on these facts:

**SEE AFFIDAVIT, attached hereto and incorporated by reference.**

☐ Continued on the attached sheet.

☐ Delayed notice 30 days (give exact ending date if more than 30 days: __________) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Russell Quiniola
*Applicant's signature*

Russell Quiniola, Special Agent, FBI
*Printed name and title*

Sworn to before and signed by telephone.

Date: July 17, 2026

*Judge's signature*

City and state: Sacramento, California

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>A WHITE JAYCO CAMPER TRAILER WITH OREGON LICENSE PLATE R854166 | CASE NO.<br><br>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT |

I, Russ Quiniola, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2016. I am currently assigned to the Sacramento Division, Redding Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to, among other things, violent crimes, domestic terrorism, and mass-casualty events. I have been the lead investigator on cases involving kidnapping, violent acts for the purpose of furthering political and religious ideology, and human trafficking. I have been the acting front-line supervisor on the federal response to an elementary school shooting. I have interviewed several subjects and victims of kidnapping, human trafficking, and other violent crimes. I have attended trainings on the use of investigative methods such as the online forensic tools to search and identify perpetrators and victims of violent crimes such as kidnapping,

human trafficking, and crimes against children. I have presented training courses on methods and procedures to coordinate resources for joint federal and state criminal investigations. I have gained experience through training at the FBI Academy as well as through my work related to conducting these types of investigations and others. Further, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 1201(a)(5) and I am authorized to request a federal search warrant.

3. Based on the facts set forth below, I believe that Joseph Charles Henrichsen and Phoenix M. Henrichsen have committed violations of 18 U.S.C. § 1201(a)(5), Kidnapping of a Federal Employee. This Affidavit therefore requests authority to search the locations described in Attachment A in order to locate and seize the items described in Attachment B as evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1201(a)(5).

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## II. PROBABLE CAUSE

5. On the morning of July 16, 2026, employees of the U.S. Forest Service ("USFS") received information that two USFS staff biologists, Victim 1 and Victim 2 (collectively, "the Victims"), had been kidnapped at gunpoint while conducting a USFS research study on frog habitats in Northern California. The information provided to USFS allowed law enforcement to identify that the Victims were likely being held near the Gumboot Lake Campground in Siskiyou County, in the State and Eastern District of California. Some of this information was provided via a cell phone call in which one of the kidnappers stated that he had taken the Victims hostage and had one of the Victims verbally identify herself. Some of this information also suggested that the Victims had been chosen as targets because they were employees of USFS.

6. Law enforcement officers from multiple local, state, and federal agencies responded to the area of the Gumboot Lake Campground. Agents established that the Victims were being confined within a camping trailer parked near the Campground. This trailer was later identified as a white Jayco

Feather Ultra Lite by Jayco Camping Trailer, Oregon license plate number R854166 (the Subject Premises). Agents also established that there were two kidnappers with the Victims. These individuals were later identified as Joseph Charles Henrichsen[1] ("JOSEPH") and Phoenix M. Henrichsen ("PHOENIX").

7. Agents conducting surveillance of the Subject Premises made visual identifications of both Victim 1 and Victim 2 and confirmed that they were being held against their will inside of the Subject Premises. Agents also observed JOSEPH holding what appeared to be an AR-15 assault rifle.

8. The arrival of agents in the vicinity of the Subject Premises marked the beginning of several hours of attempts by law enforcement to establish contact with JOSEPH, PHOENIX, and the Victims, and to negotiate for the safe release of the Victims. During this period, JOSEPH repeatedly asserted that he had explosive devices, including a grenade, inside the Subject Premises. JOSEPH threatened to use these explosive devices to harm himself and the Victims unless law enforcement obeyed his commands.

9. In the early morning on July 17, 2026, JOSEPH agreed to begin releasing the Victims. Over a period of approximately 20 minutes, both Victims were allowed to leave the Subject Premises and to travel to meet law enforcement. During interviews conducted shortly after their release, the Victims confirmed that JOSEPH had kidnapped them at gunpoint, and that he had held them against their will inside the Subject Premises.

10. A short time later, PHOENIX left the Subject Premises and surrendered to law enforcement. A short time after that, JOSEPH also left the Subject Premises and surrendered to law enforcement.

//

---

[1] This individual provided multiple false identities to law enforcement during the course of this investigation, and a review of records suggests that he has historically used multiple other AKAs, including Charles Perry and Joseph Charles Philip Henrichsen.

## III. AUTHORIZATION REQUEST

11. Based on the foregoing, I submit that there is probable cause to believe that JOSEPH and PHOENIX did commit the offense of Kidnapping a Federal Employee, in violation of 18 U.S.C. § 1201(a)(5) (the Target Offense).

12. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41.

Respectfully submitted,

/s/ Russ Quiniola
Russ Quiniola
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to by telephone: July 17, 2026

Hon. Sean C. Riordan
U.S. MAGISTRATE JUDGE

/s/ Charles Campbell
Approved as to form by AUSA CHARLES CAMPBELL

# ATTACHMENT A

## Property to Be Searched

The property to be searched is a White Jay Feather Ultra Lite by Jayco Camping Trailer, Oregon license plate number R854166 ("Subject Premises"), located in the Gumboot Lake Campground in Siskiyou County, California. The Subject Premises is further described as a white Jayco brand camper trailer, model Jay Feather Ultra Lite, with "pop-out" sleeper sections on the front and back and an extendable canopy. The property is parked at the Gumboot Lake Campground on a campsite with multiple logs and stones piled near the entrance and end and a clothesline hanging from the canopy.



# ATTACHMENT B

## Particular Things to be Seized

1. All records and information that constitutes fruits, contraband, evidence, and instrumentalities of 18 U.S.C. § 1201(a)(5): Kidnapping of a federal employee, hereinafter the **Target Offense**, and occurring after July 1, 2026, including:

a. Articles of personal property to establishing the identity or identities of persons occupying or controlling the areas searched and where evidence may be seized, such as bills, personal telephone books, personal phone books, financial records and tax documents, check books, prescription containers, bank account documents, prescription drug containers, personal property marked with identification, address books, papers and documents containing lists of names, utility company receipts, correspondence, keys, personal videos, digitally stored personal photographs and videos, exposed film, and printed photographs;

b. Dangerous weapons, such as guns, ammunition, magazine clips, silencers, holsters, scabbards, spare parts for guns, or partially constructed firearms;

c. Explosive devices, incendiary devices, or precursor materials necessary to develop explosive or incendiary devices;

d. Telephone paging devices, beepers, mobile phones, car phones, answering machines and tapes, and other communication devices;

e. Zip ties, bindings, or any other item which could be used to restrain a person or restrict their movement;

f. Records and information relating to written username and passwords and printed or written details of accessing online accounts;

g. Records and information relating to the political or ideological beliefs and intended actions to further said believes;

h. Records and information relating to communications with any co-conspirators;

i. Records and information relating to the identity or location of the suspects;

j. Records and information relating to steps taken in preparation for these violations; and

k. Any identification documents, including state driver licenses, social security cards, birth certificates, and other identification documents.

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

In the Matter of the Search of

A WHITE JAYCO CAMPER TRAILER WITH OREGON LICENSE PLATE R854166

Case No. 2:26-sw-0637 SCR

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of California *(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before 7/31/2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for 30 days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of __________ .

Date and time issued: July 17, 2026 @ 9:48 a.m.

*Judge's signature*

City and state: Sacramento, California

Sean C. riordan, U.S. Magistrate Judge

*Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

Signature of Judge

Date

# **<u>ATTACHMENT A</u>**

## **Property to Be Searched**

The property to be searched is a White Jay Feather Ultra Lite by Jayco Camping Trailer, Oregon license plate number R854166 ("Subject Premises"), located in the Gumboot Lake Campground in Siskiyou County, California. The Subject Premises is further described as a white Jayco brand camper trailer, model Jay Feather Ultra Lite, with "pop-out" sleeper sections on the front and back and an extendable canopy. The property is parked at the Gumboot Lake Campground on a campsite with multiple logs and stones piled near the entrance and end and a clothesline hanging from the canopy.



**ATTACHMENT B**

**Particular Things to be Seized**

1. All records and information that constitutes fruits, contraband, evidence, and instrumentalities of 18 U.S.C. § 1201(a)(5): Kidnapping of a federal employee, hereinafter the **Target Offense**, and occurring after July 1, 2026, including:

a. Articles of personal property to establishing the identity or identities of persons occupying or controlling the areas searched and where evidence may be seized, such as bills, personal telephone books, personal phone books, financial records and tax documents, check books, prescription containers, bank account documents, prescription drug containers, personal property marked with identification, address books, papers and documents containing lists of names, utility company receipts, correspondence, keys, personal videos, digitally stored personal photographs and videos, exposed film, and printed photographs;

b. Dangerous weapons, such as guns, ammunition, magazine clips, silencers, holsters, scabbards, spare parts for guns, or partially constructed firearms;

c. Explosive devices, incendiary devices, or precursor materials necessary to develop explosive or incendiary devices;

d. Telephone paging devices, beepers, mobile phones, car phones, answering machines and tapes, and other communication devices;

e. Zip ties, bindings, or any other item which could be used to restrain a person or restrict their movement;

f. Records and information relating to written username and passwords and printed or written details of accessing online accounts;

g. Records and information relating to the political or ideological beliefs and intended actions to further said believes;

h. Records and information relating to communications with any co-conspirators;

i. Records and information relating to the identity or location of the suspects;

j. Records and information relating to steps taken in preparation for these violations; and

k. Any identification documents, including state driver licenses, social security cards, birth certificates, and other identification documents.